United States District Court
Southern District of Texas
**ENTERED**
February 25, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| HERBERT HOOVER PRATT, III, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-00100 |
| MIGUEL MARTINEZ, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Before the Court is Magistrate Judge Julie Hampton's Memorandum and Recommendation (M&R). (D.E. 18). The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. Plaintiff filed objections to the M&R. (D.E. 20). Having carefully reviewed the proposed findings and conclusions of the M&R, the record, the applicable law, and having made a de novo review of the portions of the M&R to which the Plaintiff's objections were directed, 28 U.S.C. § 636(b)(1), the Court **OVERRULES** Plaintiff's objections (D.E. 20). Accordingly:

(1) The Court **ADOPTS** the M&R in its entirety. (D.E. 18).

(2) Plaintiff's claims for money damages against Regional Director Martinez in his official capacity are **DISMISSED** as barred by the Eleventh Amendment; and

(3) Plaintiff's claims against Assistant Warden Miller and Regional Director Martinez in their individual capacities are **DISMISSED with prejudice** for failure to state a claim and/or as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

(4) The Court **ORDERS** that this dismissal shall count as a "strike" for purposes of 28 U.S.C. § 1915(g). The Clerk of Court is **ORDERED** to send a notice of this dismissal to the Manager of the Three Strikes List for the Southern District of Texas at Three_Strikes@txs.uscourts.gov.

A final judgement will be entered separately.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
       February 24, 2022